316 So.2d 355

In re·Bernard Ino BUTLER

v.

STATE.

Ex parte Bernard Ino Butler.

SC 1355.

Supreme Court of Alabama.

July 31, 1975.

William J. Fuller, Jr., Montgomery, for petitioner.

None for the State.

JONES, Justice.

Petition of Bernard Ino Butler for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Butler v. State,* 55 Ala.App. 421, 316 So.2d 348.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.

■

318 So.2d 718

In re Ronald Keith CONNELL

v.

STATE.

Ex parte Ronald Keith Connell.

SC 1177.

Supreme Court of Alabama.

Aug. 21, 1975.

Jacob Walker, Jr., Opelika, for petitioner.

None for the State.

HEFLIN, Chief Justice.

Petition of Ronald Keith Connell for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Connell v. State, 55 Ala.App. 717, 318 So.2d 718.

Writ denied.

BLOODWORTH, MADDOX, FAULKNER and EMBRY, JJ., concur.